1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13   NATIONAL ASSOCIATION FOR THE            No 3:11-cv-5046 SI
     ADVANCEMENT OF MULTIJURIS-
     DICTION PRACTICE (NAAMJP),              [PROPOSED] ORDER GRANTING
14   TANESHA WALLS BLYE, KIMBERLY            DEFENDANT CALIFORNIA SUPREME
     JANE ALFRIEND, ROBERT WARNER,           COURT'S EX PARTE APPLICATION
15   JOEL D. JOSEPH, DENNIS E.               FOR EXTENSION OF TIME TO
     WEISSNER, JR., RICHARD A. HAKE,         RESPOND TO COMPLAINT
16   DAWN BERTUCCI,

17                             Plaintiffs,   Date:       None Set
                                             Time:       None Set
18              v.                           Judge:      Hon. Susan Ilston
                                             Trial Date  None Set
19

20   CALIFORNIA SUPREME COURT, TANI
     G. CANTIL-SAKAUYE, CHIEF JUSTICE,
     JOYCE L. KENNARD, MARVIN R.
21   BAXTER, KATHRYN M. WERDEGAR,
     MING W. CHIN, CAROL A. CORRIGAN,
22   GOODWIN LIU, ASSOCIATE JUSTICES,

23                             Defendants.

24

25

26

27

28
                                    1

                                                                  Order

1    Good cause appearing, IT IS ORDERED that the time for defendant California Supreme

2    Court to respond to the Complaint is extended and the response date shall be determined at the

3    Case Management Conference set for May 18, 2012.

4

5    Dated: 4/6/12

_____

United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Order