1   KAMALA D. HARRIS
    Attorney General of California
2   PETER K. SOUTHWORTH
    Supervising Deputy Attorney General
3   State Bar No. 160522
      1300 I Street, Suite 125
4     P.O. Box 944255
      Sacramento, CA 94244-2550
5     Telephone:  (916) 445-1685
      Fax:  (916) 324-8835
6     E-mail:  Peter.Southworth@doj.ca.gov
    *Attorneys for Defendant California Supreme Court*

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13   **NATIONAL ASSOCIATION FOR THE**          CV115046 SBA
     **ADVANCEMENT OF**
14   **MULTIJURISDICTION PRACTICE**            **STIPULATED REQUEST TO**
     **(NAAMJP), TANESHA WALLS BLYE,**         **CONTINUE CASE MANAGEMENT**
15   **KIMBERLY JANE ALFRIEND, ROBERT**        **CONFERENCE; [PROPOSED] ORDER**
     **WARNER, JOEL D. JOSEPH, DENNIS E.**
16   **WISSNER, JR., RICHARD A. HAKE,**        Date:       May 18, 2012
     **DAWN BERTUCCI,**                        Time:       2:30 p.m.
17                                             Courtroom:
                                Plaintiffs,    Judge:      The Honorable Susan Illston
18                                             Trial Date: Not Set

19                   **v.**

20   **CALIFORNIA SUPREME COURT, TANI**
     **G. CANTIL-SAKAUYE, CHIEF JUSTICE,**
21   **JOYCE L. KENNARD, MARVIN R.**
     **BAXTER, KATHRYN M. WERDEGAR,**
22   **MING W. CHIN, CAROL A. CORRIGAN,**
     **GOODWIN LIU, ASSOCIATE JUSTICES,**
23
                                Defendants.
24

25

26

27

28
                                    1

1    WHEREAS Thomas Easton, Esq. just filed a Notice of Appearance for Plaintiffs on May 7,

2  2012, and has not yet obtained the case files from plaintiffs' former counsel;

3    WHEREAS counsel for all parties believe that the case management conference and related

4  obligations to meet-and-confer and submit a case management conference would be more

5  productive if postponed until Mr. Easton can obtain and review the files;

6    THEREFORE, all parties request that the Case Management Conference currently

7  scheduled for May 18, 2012, at 2:30 p.m. be postponed until June 8, 2012, or the next available

8  date and the parties file a case management conference statement by May 25, 2012.

9

10  Dated:  May 10, 2012                                Respectfully submitted,

11                                                      KAMALA D. HARRIS
                                                        Attorney General of California
12

13                                                      /S PETE SOUTHWORTH
                                                        PETER K. SOUTHWORTH
                                                        Supervising Deputy Attorney General
14                                                      *Attorneys for Defendant*

15  Dated:  May 10, 2012

16                                                      LAW OFFICE OF THOMAS EASTON

17

18                                                      /s  Thomas Easton
                                                        THOMAS EASTON
                                                        *Attorney for Plaintiffs*
19

20  IT IS SO ORDERED

21

22    The parties shall file a Case Management Conference by May 25, 2012 and the Case

    Management Conference is reset for:_____June 29, 2012_____.
23

24  Dated:      5/14/12

25                                                      _____
                                                        United States District Judge
26

27

28

                                        2