IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TANESHA WALLS BLYE, *et al.*,

    Plaintiffs,

    v.

CALIFORNIA SUPREME COURT, *et al.*,

    Defendants.
                               /

No. C 11-5046 SI

**ORDER OF RECUSAL**

On September 7, 2012, plaintiffs filed a first amended complaint naming the undersigned judge as a defendant. The Court hereby recuses itself from hearing this case. The September 28, 2012 hearing on defendants' motion to dismiss is VACATED. This matter is referred to Chief Judge Wilken for a determination regarding reassignment.[1]

**IT IS SO ORDERED.**

Dated: September 10, 2012

                                                         SUSAN ILLSTON
                                                         United States District Judge

---

[1] The Court notes that this case appears to be related to two other pending cases challenging California Supreme Court rules and Federal District Court rules regarding admission of attorneys who have not passed the California bar. *See Giannini v. United States District Court for the Northern District of California*, C 12-4289 and *Garcia v. California Supreme Court*, C 12-4504.