UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

----oo0oo----

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF MULTIJURISDICTION
PRACTICE (NAAMJP), et al.,

NO. CIV. 3:11-05046 WBS

        Plaintiffs,

   v.

CALIFORNIA SUPREME COURT, et al.,

        Defendants.
_____/

----oo0oo----

      This action has been re-assigned to the undersigned judge. The Court will conduct a case management conference for the purpose of setting deadlines in accordance with Northern District Local Rule 16 and Federal Rule of Civil Procedure 16. At least twenty-one (21) calendar days before the case management conference is held, the parties shall confer and attempt to agree upon a discovery plan, as required by Federal Rule of Civil Procedure 26(f).

The case management conference is set for **November 9, 2012, at 10:00 a.m. at the United States District Court, Northern District of California, Oakland Division, 1301 Clay Street, Oakland, CA 94612 (courtroom to be determined).** The parties shall submit an amended joint case management statement that identifies any amendments or modifications to the Joint Case Management Statement that was filed on June 19, 2012 (Docket No. 31) **fourteen (14) calendar days** prior to the hearing date.

Upon filing any motion in this case, counsel shall inform the undersigned's courtroom deputy, Karen Kirksey Smith, at KkirkseySmith@caed.uscourts.gov.

IT IS FURTHER ORDERED that defendant California Supreme Court's motion to dismiss (Docket No. 34) is set for hearing on November 9, 2012, at 10:00 a.m. at the United States District Court, Northern District of California, Oakland Division, 1301 Clay Street, Oakland, CA 94612 (courtroom to be determined).

DATED: September 14, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE