IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANESHA WALLS BLYE, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CALIFORNIA SUPREME COURT, et al.,<br><br>　　　　Defendants. | 3:11–cv–5046–DWM<br><br><br><br>ORDER |

　　　The Court earlier granted Plaintiffs' motion for leave to file a second amended complaint. (Doc. 71.) Plaintiffs demonstrated good cause for leave, arguing the addition of their cause of action under 42 U.S.C. § 1983 was a "procedural technicality" and a "*de minimis*" change. (Doc. 58.) Plaintiffs' proposed second amended complaint accompanied their motion for leave to file as an exhibit. (Doc. 58 Ex. B.)

　　　IT IS ORDERED Plaintiffs shall file their second amended complaint no

later than December 12, 2012. In light of the amended complaint, Defendants may file a supplemental brief in support of their motion to dismiss (doc. 34), not to exceed five pages of text, no later than December 19, 2012. Plaintiffs may supplement their response to the motion to dismiss with a brief, not to exceed five pages of text, no later than December 26, 2012.

IT IS FURTHER ORDERED the Court will conduct a case management conference for the purpose of setting deadlines in accordance with Northern District Local Rule 16 and Federal Rule of Civil Procedure 16 on January 22, 2012 at 2:00 p.m. in Courtroom 15 on the 18th Floor, Philip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA. The parties shall submit an amended joint case management statement that identifies any amendments or modifications to the Joint Case Management Statement that was filed on June 19, 2012 (doc. 31) at least 14 calendar days prior to the hearing date.

DATED this 6th day of December, 2012.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT