IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANESHA WALLS BLYE, et al., | 3:11–cv–5046–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| CALIFORNIA SUPREME COURT, et al., | |
| Defendants. | |

Joseph Robert Giannini submitted directly to chambers documents attached hereto as Exhibit A. Styled as an application for leave to file a lawsuit, the Court could construe these documents as an *ex parte* motion. But Giannini has not complied with the requirement that a party identify and affirmatively state compliance with the statute, Federal Rule, Local Rule, or Standing Order that authorizes the *ex parte* filing. L.R. 7-10. Therefore, the Court construes Giannini's submission of Exhibit A as a request to file the document on the record.

Fed. R. Civ. P. 5(a)(1)(D) requires service and filing of all written motions, except those that may be heard *ex parte*. Since this document is not identified as an *ex parte* filing, and although filing directly with the Court is improper absent

urgent circumstances and without a showing of good cause as required by L.R. 1-5(e), the Court submits the attached for filing to ensure orderly and expeditious administration of justice. Portions of the document containing protected personal identifiable information have been redacted pursuant to Fed. R. Civ. P. 5.2.

Accordingly, the Clerk of Court is HEREBY ORDERED to file Exhibit A on the record in this matter. Responsive argument from Defendants regarding these documents is neither requested nor expected.

DATED this 14th day of February, 2013.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT